# First District Court of Appeal
## State of Florida

_____

No. 1D21-1674
_____

DIANNE CURTIS POCASE,

Appellant,

v.

WALMART INC. and SEDGWICK
CMS/WALMART & SAM'S CLUB,

Appellees.

_____


On appeal from an order of the Office of the Judges of Compensation Claims.
Jonathan E. Walker, Judge.

Date of Accident: August 12, 2017.

September 8, 2022


PER CURIAM.

AFFIRMED.

LEWIS, TANENBAUM, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tyler L. Gray, Pensacola, for Appellant.

Susan N. Marks of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Pensacola; Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Panama City, for Appellees.